**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| DAVID ORLANDO NOEL, SR., | : |
| Plaintiff, | : |
| v. | : Case No. 1:25-cv-101-LAG-ALS |
| District Attorney GREGORY EDWARDS, | : |
| Defendant. | : |

**ORDER ON MOTION FOR EXTENSION OF TIME**

*Pro se* Plaintiff David Orlando Noel, Sr., a prisoner at the Central State Prison in Macon, Georgia, filed a complaint under 42 U.S.C. § 1983. (Doc. 1). After review of Plaintiff's complaint, the Court entered an Order and Recommendation on October 2, 2025 that recommended that his complaint be dismissed. (Doc. 4). Plaintiff was given fourteen days to file any objections to the recommendation of dismissal. *Id*. Plaintiff filed a motion for an extension of time to submit his objections. (Doc. 5). Plaintiff's motion for an extension of time (Doc. 5) is **GRANTED**. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to file his written objections.

**SO ORDERED**, this 20th day of October, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE