IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DAVID ORLANDO NOEL, SR.,                              *

             Plaintiff,                          *

v.                                                   Case No.  1:25-CV-101 (LAG) (ALS)

                                    *

DA GREGORY EDWARDS,

                                    *

             Defendant.

                                    *

## J U D G M E N T

Pursuant to this Court's Order dated 5/26/2026, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

   This 27th day of May, 2026.

                        David W. Bunt, Clerk


                        s/ Michelle Paschal, Deputy Clerk