**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| DAVID ORLANDO NOEL, SR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-101 (LAG) |
| | : | |
| GREGORY EDWARDS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff Noel's Motion for Leave to Appeal In Forma Pauperis (IFP). (Doc. 19).[1] Judgment was entered on May 27, 2026, and Plaintiff filed a timely Notice of Appeal. (Doc. 15; *see* Doc. 16). Applications to appeal IFP are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24. Rule 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). In addition to showing financial eligibility, the party must also claim an "entitlement to redress" and state the issues that the party intends to present on appeal. *Id.* An appeal "may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). A party demonstrates good faith by seeking appellate review of an issue that is not frivolous judged by an objective standard. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). An issue is frivolous when it appears that the legal theories are "indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (per curiam). A motion to proceed IFP on appeal must include an affidavit setting forth the issues the litigant intends to raise so that the court can determine whether the appeal is brought in good faith or is frivolous. *See Coppedge v.*

---

[1] Plaintiff's Motion is titled "Motion for Relief from the Obligation to Prepay the Fees," and references the "Appellate Docket fees," Plaintiff has been denied IFP status in this Court and has filed a Notice of Appeal. Accordingly, the Court construes the filing as a Motion for Leave to Appeal IFP. (Doc. 19 at 1; Doc. 16).

*United* States, 369 U.S. at 443–44 (citing 28 U.S.C. § 1915(a)); *see also* Fed. R. App. P. 24(a)(1)(C).

Plaintiff fails to articulate any factual issue or legal theory to support his appeal or show an entitlement to redress. As Plaintiff did not set forth any legal basis for his appeal, the Court is unable to determine whether the appeal is brought in good faith or is frivolous. Accordingly, Plaintiff's Motion for Leave to Appeal IFP (Doc. 19) is **DENIED**

**SO ORDERED**, this 9th day of July, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2